IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:
§
**John W. Sinclair** § CASE NO. 11-34564
**Linda L. Sinclair** § CHAPTER 13
  **Debtors** §

**MOTION TO FILE NON STANDARD MOTION
FOR ENTRY OF CHAPTER 13 DISCHARGE AND
PROPOSED DISCHARGE ORDER
June 29, 2016**

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR OBJECTION WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY DAYS (21) FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE. OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY (21) DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, Debtor, JOHN W. SINCLAIR, by and through his attorney, Melissa R. Lanier, and pursuant to 11 U.S.C. §1328 and Bankruptcy Rule 4004 respectfully requests that the Debtor, John W. Sinclair be allowed to file a Non Standard Motion for Entry of Chapter 13 Discharge and Proposed Discharge Order, and in support thereof would show as follows:

1) This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1328.

2) Debtor filed for relief under Chapter 13 bankruptcy on May 31, 2011 and the case was confirmed on October 17, 2011.

3) Subsequent to the filing of this bankruptcy case, Debtor, John Sinclair became involved in a legal matter whereby there is a proceeding pending against him involving a felony charge.

4) The criminal proceeding currently pending is not of the kind described in section 522(q)(1)(A) nor does it involve any liability for a debt of the kind described in section 522(q)(1)(B).

5) The Debtor has completed all of the payments required under the Chapter 13 plan and fulfilled all duties required of a Chapter 13 Debtor.

6) Debtor has taken the required Financial Management Course and the Certificate was filed with the court on May 23, 2016.

WHEREFORE, PREMISES CONSIDERED, John W. Sinclair prays that this Court enter an Order that John W. Sinclair be allowed to file a Non Standard Motion for Entry of Chapter 13 Discharge and Proposed Discharge Order, and for any other relief that the Court may deem appropriate.

Respectfully submitted,

CURRIN, WUEST, MIELKE, PAUL & KNAPP, PLLC.

*/s/ Melissa Rae Lanier*
MELISSA RAE LANIER
State Bar No. 24055818
800 Rockmead Drive, Ste. 220
Kingwood, TX 77339
Ph: 281-359-0100
Fax: 281-359-3466

## CERTIFICATE OF SERVICE

I certify that on this 28 day of June, 2016, I sent a true and correct copy of the above and foregoing Debtor's Motion to File Non Standard Motion for Entry of Chapter 13 Discharge and Proposed Discharge Order to the following parties by the following means and via first class mail to attached creditor matrix:

        */s/Melissa R. Lanier*
        Melissa R. Lanier

1. Debtors (regular first class mail):

   John & Linda Sinclair
   310 Crosby Village Drive
   Crosby, TX 77532

2. Parties requesting notice (electronically):

   Cristina Platon Camarata
   Buckley Madole, PC.
   Attorney for Harley Davison Credit Corporation
   cristina.camarata@buckleymadole.com, notice_@bkcylaw.com

   Scott D Fink – (electronically)
   Weltman, Weinberg & Reis
   Attorney for KeyBank, N.A.
   Bronationalecf@weltman.com

   Heather Gram-Chavez
   Barrett Daffin Turner Engel LLP
   Attorney for Lakeview Loan Servicing, LLC
   sdecf@bdfgroup.com

   R Christopher Naylor
   Devlin Naylor and Turbyfill
   Attorney for Ford Motor Credit Company LLC
   kimg@dntlaw.com

   Steve Turner
   Barrett Daffin Frappier Turner & Engel
   Attorney for Bank of America
   sdecf@BDFGROUP.com

   Donna Wilkinson
   Barrett Daffin et al
   Attorney for M&T Bank
   sdecf@bdfgroup.com

3. The Chapter 13 Trustee Electronically

   David G. Peake, Chapter 13 Trustee

4. U.S. Trustee – Electronically

   US Trustee Office
   515 Rusk Street, Ste. 3516
   Houston, Texas 77002

5. Parties requesting notice (regular first class mail)):

   Desiree Johnson
   Attorney for Bank of America
   2380 Performance Drive, Building C
   Richardson, TX 75082

   CR Evergreen II, LLC
   MS 550
   PO Box 91121
   Seattle, WA 98111-9221

   Candica, LLC
   c/o Weinstein & Riley, P.S.
   2001 Western Ave., Ste. 400
   Seattle, EA 98121

   East Bay Funding, LLC
   c/o Resurgent Capital Services
   PO Box 288
   Greenville, SC 29603

   PRA Receivables Management LLC
   PO Box 41067
   Norfolk, VA 23541

   Recovery Management Systems Corporation
   25 S.E. 2nd Avenue
   Ste. 1120
   Miami, FL 33131

   eCast Settlement Corporation
   c/o Bass & Associate, P.C.
   3936 East Fort Lowell Rd. Ste. 600
   Tucson, AZ 85712